IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: JEROME P. JOHNSON  :

        Debtor.  :

        Civil Action No. 13-1884 GMS
        Bankruptcy Case No. 12-12030 (BLS)

JEROME P. JOHNSON,  :

        BAP No. 13-00104

        Appellant,  :

        v.  :

M&T BANK, et al.,  :

        Appellees.  :

ORDER

At Wilmington this 3rd day of April, 2014, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **May 5, 2014**.

        _____
        CHIEF, UNITED STATES DISTRICT JUDGE